Jeffrey J. Hunt (5855)
D. Craig Parry (7274)
David C. Reymann (8495)
Matthew J. Ball (9414)
**PARR WADDOUPS BROWN GEE & LOVELESS**
185 S. State Street, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Email: jjh@pwlaw.com
    dcp@pwlaw.com
    dcr@pwlaw.com
    mjb@pwlaw.com

James W. Shannon, Jr. (*pro hac vice*)
Amanda L. Morgan (*pro hac vice*)
Lauren E. Geissler (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: jshannon@kirkland.com
    morgana@kirkland.com
    lgeissler@kirkland.com

Attorneys for Plaintiff Neways, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| NEWAYS INC., a Utah corporation,<br>        Plaintiff,<br>v.<br>THOMAS ELWIN MOWER, SR., *et al*,<br>        Defendants. | **NEWAYS' AMENDED MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(Pre-Trial Conference Scheduled December 19, 2007)**<br><br>Consolidated Case No. 2:07-CV-339<br><br>Judge Bruce S. Jenkins |
| NEWAYS INC., a Utah corporation,<br>        Plaintiff,<br>v.<br>MAYURI YAMASHITA, *et al*,<br>        Defendants. | |

Pursuant to Rule 65 of the *Federal Rules of Civil Procedure,* Plaintiff Neways, Inc. ("Neways") hereby moves the Court for the entry of a preliminary injunction against Defendants Koji Yamamoto, Toru Egashira, Fumiko Matsumoto, Yugengaisha Yuuai Corporation, Mayuri Yamashita, Kaoru Kitagawa, and Chiharu Hayashi (collectively the "Japanese Defendants"), and against Sisel International, LLC ("Sisel").  This Motion amends the Motion for Temporary Restraining Order and Preliminary Injunction Against Japanese Distributor Defendants filed by Neways on May 23, 2007.

For the reasons set forth in Neways' supporting memorandum filed May 23, 2007, and further supported by the other documents, pleadings, and supplementations of the record on file herein, Neways respectfully requests that the Court grant Neways' Motion and enter a Preliminary Injunction against the Japanese Defendants and Sisel.  A proposed form of Order will be submitted in connection with the proposed Pre-Trial Order regarding this Motion.

RESPECTFULLY SUBMITTED this 9th day of November 2007.

/s/ David C. Reymann
Jeffrey J. Hunt
D. Craig Parry
David C. Reymann
Matthew J. Ball
**PARR WADDOUPS BROWN GEE & LOVELESS**

and

James W. Shannon, Jr.
Amanda L. Morgan
Lauren E. Geissler
**KIRKLAND & ELLIS LLP**

Attorneys for Plaintiff Neways Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of November 2007, I filed the foregoing **NEWAYS' AMENDED MOTION FOR PRELIMINARY INJUNCTION** via the CM/ECF system, which will electronically serve the following:

>R. Stephen Marshall
>Erik A. Olson
>DURHAM JONES & PINEGAR
>111 East Broadway, Suite 900
>Salt Lake City, Utah 84111
>
>Douglas B. Thayer
>HILL JOHNSON & SCHMUTZ
>RiverView Plaza, Suite 300
>4844 North 300 West
>Provo, Utah 84604-5663
>
>Mark F. James
>HATCH, JAMES & DODGE, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101

/s/ David C. Reymann